No. 312.   Borough of Little Ferry v. Bergen County Sewer Authority.   Supreme Court of New Jersey.   Certiorari denied.   *Alfred W. Kiefer* for petitioner.   *Walter H. Jones* for respondent.

No. 315.   United States v. Adams Packing Association, Inc. et al.   C. A. 5th Cir.   Certiorari denied. *Acting Solicitor General Stern* for the United States. *G. L. Reeves* for respondents.

No. 316.   Nabors, doing business as W. C. Nabors Co., v. National Labor Relations Board.   C. A. 5th Cir.   Certiorari denied.   *Martin Dies* and *L. J. Benckenstein* for petitioner.   *Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Samuel M. Singer* for respondent.

No. 317.   Whittington v. Moore-McCormack Lines, Inc.   C. A. 2d Cir.   Certiorari denied.   *Charles Andrews Ellis* for petitioner.   *John P. Smith* and *Albert P. Thill* for respondent.

No. 319.   Roberts Dairy Co. v. Commissioner of Internal Revenue.   C. A. 8th Cir.   Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 323.   Balduff et al. v. Ohio Turnpike Commission et al.   Supreme Court of Ohio.   Certiorari denied. *Arthur M. Sebastian* for petitioners.   *Henry J. Crawford,*